CHARLES A. KIP et al., as Executors of and Trustees under the Will of GEORGE G. KIP, Deceased, et al., Appellants, v. THE NEW YORK CENTRAL RAILROAD COMPANY et al., Respondents.

(Submitted January 16, 1933; decided January 24, 1933.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 260 N. Y. 692.)

In the Matter of the Application of ROBERT T. HAW-THORNE, Appellant, for Admission to the Bar. THE COMMITTEE ON CHARACTER AND FITNESS FOR THE SECOND JUDICIAL DEPARTMENT, Respondent.

(Submitted January 16, 1933; decided January 24, 1933.)

Motion for reargument denied. (See 261 N. Y. 520, 618.)

VICTOR BRANG, Appellant, v. MARGARET STACHNIK, Respondent.

(Submitted January 16, 1933; decided January 24, 1933.)

*Charles P. Hallack* for motion.
*Joseph Gans* opposed.
Motion denied.